854

No. 92–9151. BUSTILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9152. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–9154. WOOTEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9155. ALVAREZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–9156. AUGUST *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9157. KELLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9159. JEFFRESS *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9160. HILL *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 92–9161. HILL *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 92–9162. HILL *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 92–9163. HILL *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 92–9164. LAVIGUER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–9165. ARMANDO RUEDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9166. RIVERA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–9167. REYES ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–9168. SCOTT *v.* TYSON FOODS, INC. C. A. 8th Cir. Certiorari denied.